# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Rodney J Logan                                     No. 16-57212-tjt
                                                    Honorable Thomas J. Tucker
Debtor                                              Chapter 13
_____/

## STIPULATION TO ALLOW THE CH 13 TRUSTEE TO PAY THE
## $310 FILING FEE FROM FUNDS CURRENTLY HELD BY THE TRUSTEE

The Ch. 13 Trustee and Debtor Rodney J Logan through their respective attorneys state the following:

1. The debtor has not paid the $310 filing fee.

2. As of the end of March, 2017, the debtor has paid about $500 more than is required by the proposed plan payment.

3. Payment of $310 will still leave about $200 beyond the amount required by the proposed plan payment.

**IT IS HEREBY STIPULATED** that the trustee is ordered to pay the $310 filing fee from the funds being held by the trustee. *to the court.*

/s/ [signature]                                     /s/ Robert Keyes
Tammy L. Terry (P46254)                             John Robert Keyes (P68856)
Kimberly Shorter-Siebert (P49608)  *with corrections to*   Robert Keyes Law, PLLC
Marilyn R. Somers-Kantzer (P52488)  *the Order.*    300 North Huron Street
Chapter 13 Trustee                                  Ypsilanti MI 48197
535 Griswold Street                                 (734) 662-1590
2100 Buhl Building                                  robert@robertkeyeslaw.com
Detroit MI 48226
(313) 967-9857

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:
Rodney J Logan                          No. 16-57212-tjt
                                         Honorable Thomas J. Tucker
Debtor                                 Chapter 13
_____/

## ORDER ON STIPULATION TO ALLOW THE CH 13 TRUSTEE TO PAY THE
## $310 FILING FEE FROM FUNDS CURRENTLY HELD BY THE TRUSTEE

This matter having come before the Court upon the STIPULATION TO ALLOW THE CH 13 TRUSTEE TO PAY THE $310 FILING FEE FROM FUNDS CURRENTLY HELD BY THE TRUSTEE and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the trustee shall pay the filing fee from funds currently held by the trustee. *to the court.* *of $310.00*